Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jimmy Richard MORRISON |
| **Docket Number:** | 1:03CR05392-01<br>1:04CR05255-01 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/07/2004 |
| **Original Offense:** | **1:03CR05392-01:** 18 USC 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY ) |
| | **1:04CR05255-01:** 18 USC 2252(a)(1) and (b)(1) - Transporting or Shipping in Interstate Commerce Child Pornography (CLASS C FELONY) |
| **Original Sentence:** | 09/07/2004 |
| **Special Conditions:** | Search; Participate in a correctional treatment program (inpatient or outpatient); Participate in a co-payment plan for treatment or testing; Defendant shall not possess a computer or any other device that has access to any "on-line computer service." This includes any internet service provider, bulletin board system, or any other public or private computer network; Defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of any computer equipment or device that has an internal or external modem which may include retrieval and copying of all data from the computer or device and any internal or external peripherals to ensure compliance with conditions and/or removal of such equipment for purposes of conducting |

RE:     Jimmy Richard MORRISON
        Docket Number:  1:03CR05392-01 and 1:04CR05255-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

a more thorough inspection; and consent at the direction of the probation officer to having installed on the computer or device, at the defendant's expense, any hardware or software systems to monitor the computer or device's use; Defendant shall not possess, own, use, view, read or frequent places with any sexually explicit material in any form that depicts children under the age of 18.  Sexually explicit conduct is defined at 18 USC 2256(2) and means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person under the age of 18; Defendant shall attend, cooperate with, and actively participate in sex offender treatment and therapy program (which may include, but is not limited to risk assessment, polygraph examination, computer voice stress analysis (CVSA), penile plethysmograph and/or ABEL assessment) as approved and directed by the probation officer and as recommended by the assigned treatment provider; Defendant shall register, as required in the jurisdiction in which he resides, as a sex offender.

| | |
|---|---|
| **Type of Supervision:** | Supervised release |
| **Supervision to Commence:** | 03/28/2008 |
| **Assistant U.S. Attorney:** | David L. Gappa          **Telephone:**  (559) 497-4500 |
| **Defense Attorney:** | Robert W. Rainwater   **Telephone:**  (559) 487-5561 |
| **Other Court Action:** | None |

RE:     Jimmy Richard MORRISON
        Docket Number:  1:03CR05392-01 and 1:04CR05255-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

2. The defendant shall have no contact with children under the age of 18 unless approved by the probation officer in advance.  The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.  This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly to children under the age of 18.

3. The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant.  The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions.  The defendant consents to removal of such computer, computer-related devices, and equipment for purposes of conducting a more thorough inspection and analysis.

    The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees

RE:     Jimmy Richard MORRISON
        Docket Number:  1:03CR05392-01 and 1:04CR05255-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

        not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete his/her computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

4.      The defendant shall provide all requested business/personal phone records to the probation officer.  The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers.  The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider.

5.      The defendant shall not possess children's clothing, toys, games, or stuffed animals without prior approval of the probation officer.

**Justification:**   Mr. Morrison appeared for sentencing on two separate federal matters on September 7, 2004.  At the time of his sentencing, he was ordered to submit to a number of special sex offender conditions.  As time has passed, the United States Probation Office has evolved and our supervision conditions have expanded with the intent of providing the proper supervision of different types of offenders.  Our special conditions of supervision formulated for sex offenders has expanded since Mr. Morrison's sentencing in 2004.  The above recommended additional special conditions are requested as they are seen as necessary tools to effectively monitor and supervise Mr. Morrison while in the community for the purpose of protecting the public and to assist the offender.  Mr. Morrison will release from the custody of the Bureau of Prisons on March 28, 2008.

**RE:    Jimmy Richard MORRISON**
**Docket Number:  1:03CR05392-01 and 1:04CR05255-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Mr. Morrison has been advised of his right to a hearing and the assistance of counsel before any unfavorable changes to his conditions of Supervised Release. On December 5, 2007, he signed a Waiver of Hearing to Modify Conditions of his Supervised Release to add the above-noted special conditions. The Probation Officer is requesting the Court approve the modifications as requested.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**
Telephone:  (209) 549-2817

**DATED:**    February 14, 2008
Modesto, California
SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:   Jimmy Richard MORRISON**
**       Docket Number:  1:03CR05392-01 and 1:04CR05255-01**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   February 15, 2008**                              /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE